HOOGOVENS STAAL BV (now Corus Staal BV) and Hoogovens Steel USA, Inc., Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

v.

Bethlehem Steel Corporation, Inland Steel Industries, Inc. (now Ispat Inland Inc.), LTV Steel Company, Inc., National Steel Corporation, and U.S. Steel Group, a unit of USX Corporation, Defendants–Cross Appellants,

and

AK Steel Corporation, Defendant.

No. 00–1432, 00–1433.

United States Court of Appeals, Federal Circuit.

March 21, 2002.

### ORDER

Hoogovens Staal BV et al. and and Bethlehem Steel Corp. et al. move jointly and without opposition to voluntarily dismiss their appeals 00–1432 and 00–1433.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) All sides shall bear their own costs.

RAMBUS, INC., Plaintiff–Appellant,

v.

INFINEON TECHNOLOGIES AG, Infineon Technologies North America Corp., and Infineon Technologies Holding North America Inc., Defendants–Cross Appellants.

No. 02–1174.

United States Court of Appeals, Federal Circuit.

March 21, 2002.

### ORDER

Infineon Technologies AG et al. move for reconsideration of this court's March 12, 2002 order dismissing appeal no. 02–1174 for failure to pay the filing fee, the filing fee now having been paid.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted, the mandate is recalled, the March 12, 2002 order is vacated, and the appeal is reinstated.